UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND ALFORD BRADFORD,<br><br>        Plaintiff,<br><br>    v.<br><br>P. SAFY,<br><br>        Defendant. | Case No. 21-cv-02285-PJH<br><br>**ORDER OF TRANSFER** |

This is a civil rights case brought pro se by a state prisoner. The acts complained of occurred at the California Health Care Facility which lies within the venue of the United States District Court for the Eastern District of California.[1] The defendants also reside in that district. Venue, therefore, properly lies in that district and not in this one. *See* 28 U.S.C. § 1391(b).

This case is **TRANSFERRED** to the United States District Court for the Eastern District of California. *See* 28 U.S.C. § 1406(a). To the extent that plaintiff may be three strikes barred pursuant to 28 U.S.C. § 1915(g), that issue may be addressed in the Eastern District.

**IT IS SO ORDERED.**

Dated: April 8, 2021

                                            /s/ Phyllis J. Hamilton
                                            PHYLLIS J. HAMILTON
                                            United States District Judge

---

[1] Plaintiff states he was injured while at a facility in this district but the claims in the complaint involve medical care provided in the Eastern District.